IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| CAROL BELL, on behalf of herself and those similarly situated | CIVIL ACTION NO. 08-6292 |
| | Electronically Filed |
| Plaintiff, | |
| v. | |
| LOCKHEED MARTIN CORPORATION and its wholly owned or controlled subsidiaries 6801 Rockledge Drive Bethesda, MD 20818 | CLASS ACTION |
| | JURY TRIAL DEMANDED |
| Defendant. | (Assigned to Honorable Judge N. Hillman) |

## ORDER

**AND NOW**, this _____ day of _____, 2009, upon consideration of the Plaintiff's Motion Seeking Leave to Submit a Second Amended Complaint Pursuant to Federal Rule of Civil Procedure 15 and the Court's July 31, 2009 Scheduling Order, it is ORDERED that Plaintiff may submit a Second Amended Complaint.

BY THE COURT:

_____
HILLMAN, J.
UNITED STATES DISTRICT JUDGE